1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

8   BOARD OF TRUSTEES OF THE SHEET
METAL WORKERS' PENSION PLAN OF
9   SOUTHERN CALIFORNIA, ARIZONA AND
NEVADA; BOARD OF TRUSTEES OF THE
10   SHEET METAL WORKERS' HEALTH
PLAN OF SOUTHERN CALIFORNIA,
11   ARIZONA AND NEVADA; BOARD OF
TRUSTEES OF THE SOUTHERN
12   CALIFORNIA SHEET METAL JOINT
APPRENTICESHIP AND TRAINING
13   COMMITTEE; BOARD OF TRUSTEES OF
THE SHEET METAL WORKERS' LOCAL
14   105 RETIREE HEALTH PLAN; BOARD OF
TRUSTEES OF THE SOUTHERN
15   CALIFORNIA SHEET METAL WORKERS'
401(A) PLAN; SHEET METAL WORKERS'
16   INTERNATIONAL ASSOCIATION OF
SHEET METAL AIR, RAIL AND
17   TRANSPORTATION WORKERS LOCAL
UNION 105 DUES CHECK OFF AND
18   DEFERRED SAVINGS FUND; BOARD OF
TRUSTEES OF THE SOUTHERN
19   CALIFORNIA SHEET METAL INDUSTRY
LABOR MANAGEMENT COOPERATION
20   TRUST; AND SHEET METAL AND AIR
CONDITIONING CONTRACTORS
21   NATIONAL ASSOCIATION OF SOUTHERN
CALIFORNIA,
22

23       Plaintiffs,

24              v.

25   SIX SIGMA H V A C SERVICES; ROBERT
CARLOS ZARAGOZA; individual,
26

27       Defendants.

28

Case No.  2:17-cv-4744 SVW (JCx)

Hon. Stephen V. Wilson

ORDER ON STIPULATION FOR
JUDGMENT

JS-6

**Note Changes made by Court**

ORDER ON STIPULATION FOR JUDGMENT

1  Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the

2  Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada

3  ("Pension Plan"); Board of Trustees of the  Sheet Metal Workers' Health Plan of

4  Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the

5  Southern California Sheet Metal Joint Apprenticeship and Training Committee

6  ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan

7  ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers'

8  401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association of Sheet

9  Metal Air, Rail And Transportation Workers Local Union No. 105 Union Dues Check-

10  Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the

11  Southern California Labor Management Cooperation Trust ("LMCT"); and Board of

12  Trustees of the Sheet Metal and Air Conditioning Contractors National Association of

13  Southern California  ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and

14  Defendants, ROBERT CARLOS ZARAGOZA ("Individual Defendant"); and SIX

15  SIGMA H V A C SERVICES ("Company") the Court has considered the matter fully and

16  concluded that good cause exists to approve the parties' Stipulation in its entirety.

17  Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as

18  follows:

19  1.  The Company and Individual Defendant is indebted to the Plans in the total

20  amount of $32,996.63 as follows: contributions (including the "Savings Deferral" which

21  are wages deducted from employee paychecks) in the amount of $15,766.64 for the

22  delinquent work months of December 2016, January 2017, and February 2017; $3,153.33

23  in liquidated damages for late payment or nonpayment of contributions for the work

24  months of December 2016, January 2017, and February 2017; $1,576.66 in interest for

25  late payment or nonpayment of contributions for the work months of December 2016,

26  January 2017, and February 2017; attorney's fees in the amount of $12,500.00.

27  2.  Judgment is entered in favor of the Plans and against the Company and

28  Individual Defendant, jointly and severally, in the amount of $32,996.63 in delinquent

1

ORDER ON STIPULATION FOR JUDGMENT

1  employee benefit plan contributions, accrued liquidated damages, interest, attorney fees

2  and costs, together with post-judgment interest thereon at the rate of 12% per annum as of

3  the date of the Judgment.

4  ~~2.      This Court retains jurisdiction over this matter through May 1, 2018 to~~

5  ~~enforce the terms of any judgment entered hereunder, to order appropriate injunctive and~~

6  ~~equitable relief, to make appropriate orders of contempt, and to increase the amount of~~

7  ~~judgment based upon additional sums owed to the Plans by Defendants.~~

8

9  **IT IS SO ORDERED.**

10

11  Dated: July 5, 2017

12                                                   STEPHEN V. WILSON
                                                     U.S. DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON STIPULATION FOR JUDGMENT