UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION 105 DUES CHECK OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL INDUSTRY LABOR MANAGEMENT COOPERATION TRUST; AND SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF SOUTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIX SIGMA H V A C SERVICES; ROBERT CARLOS ZARAGOZA; individual,<br><br>    Defendants. | Case No. 2:17-cv-4744 SVW (JCx)<br><br>Hon. Stephen V. Wilson<br><br>ORDER ON STIPULATION FOR JUDGMENT<br><br><br>JS-6<br><br><br><br><br><br>**Note Changes made by Court** |

| | |
|---|---|
| 1 | Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the |
| 2 | Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada |
| 3 | ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of |
| 4 | Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the |
| 5 | Southern California Sheet Metal Joint Apprenticeship and Training Committee |
| 6 | ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan |
| 7 | ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' |
| 8 | 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association of Sheet |
| 9 | Metal Air, Rail And Transportation Workers Local Union No. 105 Union Dues Check- |
| 10 | Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the |
| 11 | Southern California Labor Management Cooperation Trust ("LMCT"); and Board of |
| 12 | Trustees of the Sheet Metal and Air Conditioning Contractors National Association of |
| 13 | Southern California ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and |
| 14 | Defendants, ROBERT CARLOS ZARAGOZA ("Individual Defendant"); and SIX |
| 15 | SIGMA H V A C SERVICES ("Company") the Court has considered the matter fully and |
| 16 | concluded that good cause exists to approve the parties' Stipulation in its entirety. |
| 17 | Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as |
| 18 | follows: |
| 19 | 1. The Company and Individual Defendant is indebted to the Plans in the total |
| 20 | amount of $32,996.63 as follows: contributions (including the "Savings Deferral" which |
| 21 | are wages deducted from employee paychecks) in the amount of $15,766.64 for the |
| 22 | delinquent work months of December 2016, January 2017, and February 2017; $3,153.33 |
| 23 | in liquidated damages for late payment or nonpayment of contributions for the work |
| 24 | months of December 2016, January 2017, and February 2017; $1,576.66 in interest for |
| 25 | late payment or nonpayment of contributions for the work months of December 2016, |
| 26 | January 2017, and February 2017; attorney's fees in the amount of $12,500.00. |
| 27 | 2. Judgment is entered in favor of the Plans and against the Company and |
| 28 | Individual Defendant, jointly and severally, in the amount of $32,996.63 in delinquent |

| | |
|---|---|
| 1 | employee benefit plan contributions, accrued liquidated damages, interest, attorney fees |
| 2 | and costs, together with post-judgment interest thereon at the rate of 12% per annum as of |
| 3 | the date of the Judgment. |
| 4 | ~~2.     This Court retains jurisdiction over this matter through May 1, 2018 to~~ |
| 5 | ~~enforce the terms of any judgment entered hereunder, to order appropriate injunctive and~~ |
| 6 | ~~equitable relief, to make appropriate orders of contempt, and to increase the amount of~~ |
| 7 | ~~judgment based upon additional sums owed to the Plans by Defendants.~~ |
| 8 | |
| 9 | **IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated: July 5, 2017 |
| 12 | |

STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE